**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **MYRTLE CARLOCK** | **CIVIL ACTION NO. 1:17-CV-01295** |
| **VERSUS** | **CHIEF JUDGE DEE D DRELL** |
| **FAMILY DOLLAR STORES OF LOUISIANA INC., ET AL** | **MAGISTRATE JUDGE JOSEPH H L PEREZ-MONTES** |

MOTION FOR LEAVE TO FILE
SUPPLEMENTAL AND AMENDING COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Plaintiff who submits the following Motion for Leave to File a First Supplemental and Amending Complaint. In accordance with this Honorable Court's Scheduling Order pertaining to deadlines for the amendment of pleadings, plaintiff now wishes to amend her Original Petition for Damages in certain respects and further desires to delete all allegations against "Lashunda Campbell" and to add "Michelle Reynolds" as an additional defendant in this litigation.

Respectfully submitted this 31st day of January, 2018.


By: *s//Joseph Yuri Beck*
      **JOSEPH YURI BECK**
      Hunter & Beck
      1916 Gus Kaplan Drive
      Alexandria, LA  71301
      Telephone (318) 487-1997 / Fax : (318) 487-2022
      yuri.beck@mac.com
      *Attorneys for Plaintiffs*

## CERTIFICATE

I HEREBY CERTIFY that on this 31st day of January 2018, the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties of record by operation of the court's electronic filing system.

*s// Joseph Yuri Beck*
**Joseph Yuri Beck**