U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAY - 4 2018

TONY R. MOORE, CLERK
BY: _____
    DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| MYRTLE CARLOCK | CIVIL DOCKET NO. 17-1295 |
| -vs- | JUDGE DRELL |
| FAMILY DOLLAR STORES OF LOUISIANA, INC., ET AL | MAGISTRATE JUDGE PEREZ-MONTES |

## ORDER OF DISMISSAL

The Court having been advised that this matter has been settled,

**IT IS ORDERED** that this action is DISMISSED, without prejudice to the right, upon good cause shown within sixty (60) days of the signing of this Order, to reopen the action if settlement is not consummated. **The Clerk is now requested to close this case.**

**IT IS FURTHER ORDERED** that the parties submit to the Court, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, a stipulation of dismissal signed by all applicable parties, together with a judgment for execution by the Court. Any motion that may be pending in this case is hereby denied as moot. **The pretrial conference set for May 16, 2019 is CANCELLED.**

SIGNED on this 3rd day of May, 2018, at Alexandria, Louisiana.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT