RECEIVED
MAY 31 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MYRTLE CARLOCK** | * | CIVIL ACTION NO.: 1:17-cv-01295 |
| Plaintiff | * | |
| | * | DIVISION; DDD-JPM |
| **VERSUS** | * | |
| | * | CHIEF JUDGE DEE D. DRELL |
| **FAMILY DOLLAR STORES OF LOUISIANA, INC. ET AL** | * | |
| | * | MAGISTRATE JUDGE JOSEPH H. L. PEREZ-MONTES |
| Defendants | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing;

**IT IS ORDERED, ADJUDGED AND DECREED**, that the above captioned and numbered matter be and the same is hereby dismissed, with prejudice, to all parties, each party to bear its own costs and attorney's fees.

Alexandria, Louisiana, this __31st__ of __MAY__, 2018.

_____
THE HONORABLE DEE D. DRELL